**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re **Lyle Deitrick** Debtor(s)

Case No. **4:18-bk-04447**
Chapter **13**

## PAYMENT ADVICES COVER SHEET UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lyle Deitrick** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **November 27, 2018**

Signature **/s/ Lyle Deitrick**
**Lyle Deitrick**
Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

The Genuine. The Original.






# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lyle Deitrick | 769410 | ODC Weekly |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 769410 | E769410 | US Hourly |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 16-Jul-2008 | ASDH: Manufacturing Group Leader - Production, Direct | Overhead Door Corporation |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 4485 Williamson Trl<br>Liberty, PA 16930<br>US | | 2501 S State Hwy 121 Business<br>Suite 200<br>Lewisville, TX 75067<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 8-Oct-2018 | 14-Oct-2018 | 19-Oct-2018 | 22.64 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,321.61 | 49,716.53 |
| Pretax Deductions | 173.50 | 10,142.82 |
| Employee Tax Deductions | 248.31 | 8,691.89 |
| Voluntary Deductions | 45.76 | 2,112.90 |
| Net Payment | 854.04 | 28,768.92 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay | 0.00 | 1,066.88 |
| Overtime | 138.67 | 3,968.30 |
| Personal Time Non FLSA | 0.00 | 176.16 |
| Regular Pay | 1,182.94 | 42,547.59 |
| Vacation Pay | 0.00 | 1,957.60 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 52.25 | 22.64 | 1.00 | 1,182.94 |
| Overtime | | | 12.25 | 22.64 | 0.50 | 138.67 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 48.00 |
| ODC Hours Worked | 52.25 | 0.00 |
| Overtime Hours Worked | 12.25 | 355.25 |
| Personal Time Non FLSA Hours Worked | 0.00 | 8.00 |
| Regular Pay Hours Worked | 52.25 | 1,909.75 |
| Vacation Pay Hours Worked | 0.00 | 88.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Medical | 187.92 | 7,892.88 |
| Retirement Savings Plan 401k | 0.00 | 2,610.55 |
| Wellness Plan | -14.42 | -360.61 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 103.79 | 3,375.79 |
| Social Security Employee Withheld | 71.18 | 2,615.42 |
| Medicare Employee Withheld | 16.65 | 611.67 |

The Genuine. The Original.




# Payslip





| | | |
|---|---|---|
| SIT Withheld (PA) | 35.25 | 1,295.07 |
| SUI Employee Withheld (PA) | 0.92 | 34.80 |
| City Withheld (PA,Tioga,Liberty) | 5.74 | 210.91 |
| Head Tax Withheld (PA,Lycoming,Williamsport) | 1.00 | 42.00 |
| School Withheld (PA,Southern Tioga SD) | 13.78 | 506.23 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Basic STD | 3.80 | 157.06 |
| Child Life | 0.00 | 15.20 |
| Optional LTD | 7.23 | 298.31 |
| Retirement Savings Plan Loan 10 | 25.73 | 1,054.93 |
| Retirement Savings Plan Loan 9 | 0.00 | 236.40 |
| Spouse Life | 3.00 | 117.00 |
| Supp Life | 6.00 | 234.00 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 53508767 | WEST BRANCH VALLEY FCU | 231380133-WEST BRANCH VALLEY FCU | XXXX8663 | USD | 854.04 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |


The Genuine. The Original.

# Payslip





| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lyle Deitrick | 769410 | ODC Weekly |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 769410 | E769410 | US Hourly |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 16-Jul-2008 | ASDH: Manufacturing Group Leader - Production, Direct | Overhead Door Corporation |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 4485 Williamson Trl<br>Liberty, PA 16930<br>US | | 2501 S State Hwy 121 Business<br>Suite 200<br>Lewisville, TX 75067<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 1-Oct-2018 | 7-Oct-2018 | 12-Oct-2018 | 22.64 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,627.25 | 48,394.92 |
| Pretax Deductions | 173.50 | 9,969.32 |
| Employee Tax Deductions | 323.17 | 8,443.58 |
| Voluntary Deductions | 47.28 | 2,067.14 |
| Net Payment | 1,083.30 | 27,914.88 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay | 0.00 | 1,066.88 |
| Overtime | 240.55 | 3,829.63 |
| Personal Time Non FLSA | 0.00 | 176.16 |
| Regular Pay | 1,386.70 | 41,364.65 |
| Vacation Pay | 0.00 | 1,957.60 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 61.25 | 22.64 | 1.00 | 1,386.70 |
| Overtime | | | 21.25 | 22.64 | 0.50 | 240.55 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 48.00 |
| ODC Hours Worked | 61.25 | 0.00 |
| Overtime Hours Worked | 21.25 | 343.00 |
| Personal Time Non FLSA Hours Worked | 0.00 | 8.00 |
| Regular Pay Hours Worked | 61.25 | 1,857.50 |
| Vacation Pay Hours Worked | 0.00 | 88.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Medical | 187.92 | 7,704.96 |
| Retirement Savings Plan 401k | 0.00 | 2,610.55 |
| Wellness Plan | -14.42 | -346.19 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 140.47 | 3,272.00 |
| Social Security Employee Withheld | 90.13 | 2,544.24 |
| Medicare Employee Withheld | 21.08 | 595.02 |

The Genuine. The Original.




# Payslip



| | | |
|---|---|---|
| SIT Withheld (PA) | 44.63 | 1,259.82 |
| SUI Employee Withheld (PA) | 1.14 | 33.88 |
| City Withheld (PA,Tioga,Liberty) | 7.27 | 205.17 |
| Head Tax Withheld (PA,Lycoming,Williamsport) | 1.00 | 41.00 |
| School Withheld (PA,Southern Tioga SD) | 17.45 | 492.45 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Basic STD | 3.80 | 153.26 |
| Child Life | 1.52 | 15.20 |
| Optional LTD | 7.23 | 291.08 |
| Retirement Savings Plan Loan 10 | 25.73 | 1,029.20 |
| Retirement Savings Plan Loan 9 | 0.00 | 236.40 |
| Spouse Life | 3.00 | 114.00 |
| Supp Life | 6.00 | 228.00 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 53218691 | WEST BRANCH VALLEY FCU | 231380133- WEST BRANCH VALLEY FCU | XXXX8663 | USD | 1,083.30 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

The Genuine. The Original.




# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lyle Deitrick | 769410 | ODC Weekly |
| Person Number | Assignment Number | Salary Basis Name |
| 769410 | E769410 | US Hourly |
| Hire Date | Job Title | Tax Reporting Unit Name |
| 16-Jul-2008 | ASDH: Manufacturing Group Leader - Production, Direct | Overhead Door Corporation |
| Employee Address | Position | Tax Reporting Unit Address |
| 4485 Williamson Trl<br>Liberty, PA 16930<br>US | | 2501 S State Hwy 121 Business<br>Suite 200<br>Lewisville, TX 75067<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 24-Sep-2018 | 30-Sep-2018 | 5-Oct-2018 | 22.64 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,465.94 | 46,767.67 |
| Pretax Deductions | 173.50 | 9,795.82 |
| Employee Tax Deductions | 283.66 | 8,120.41 |
| Voluntary Deductions | 45.76 | 2,019.86 |
| Net Payment | 963.02 | 26,831.58 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay | 0.00 | 1,066.88 |
| Overtime | 186.78 | 3,589.08 |
| Personal Time Non FLSA | 0.00 | 176.16 |
| Regular Pay | 1,279.16 | 39,977.95 |
| Vacation Pay | 0.00 | 1,957.60 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 56.50 | 22.64 | 1.00 | 1,279.16 |
| Overtime | | | 16.50 | 22.64 | 0.50 | 186.78 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 48.00 |
| ODC Hours Worked | 56.50 | 0.00 |
| Overtime Hours Worked | 16.50 | 321.75 |
| Personal Time Non FLSA Hours Worked | 0.00 | 8.00 |
| Regular Pay Hours Worked | 56.50 | 1,796.25 |
| Vacation Pay Hours Worked | 0.00 | 88.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Medical | 187.92 | 7,517.04 |
| Retirement Savings Plan 401k | 0.00 | 2,610.55 |
| Wellness Plan | -14.42 | -331.77 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 121.11 | 3,131.53 |
| Social Security Employee Withheld | 80.13 | 2,454.11 |
| Medicare Employee Withheld | 18.74 | 573.94 |

The Genuine. The Original.









| | | |
|---|---|---|
| SIT Withheld (PA) | 39.68 | 1,215.19 |
| SUI Employee Withheld (PA) | 1.03 | 32.74 |
| City Withheld (PA,Tioga,Liberty) | 6.46 | 197.90 |
| Head Tax Withheld (PA,Lycoming,Williamsport) | 1.00 | 40.00 |
| School Withheld (PA,Southern Tioga SD) | 15.51 | 475.00 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Basic STD | 3.80 | 149.46 |
| Child Life | 0.00 | 13.68 |
| Optional LTD | 7.23 | 283.85 |
| Retirement Savings Plan Loan 10 | 25.73 | 1,003.47 |
| Retirement Savings Plan Loan 9 | 0.00 | 236.40 |
| Spouse Life | 3.00 | 111.00 |
| Supp Life | 6.00 | 222.00 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 52953809 | WEST BRANCH VALLEY FCU | 231380133- WEST BRANCH VALLEY FCU | XXXX8663 | USD | 963.02 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

The Genuine. The Original.





# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lyle Deitrick | 769410 | ODC Weekly |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 769410 | E769410 | US Hourly |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 16-Jul-2008 | ASDH: Manufacturing Group Leader - Production, Direct | Overhead Door Corporation |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 4485 Williamson Trl<br>Liberty, PA 16930<br>US | | 2501 S State Hwy 121 Business<br>Suite 200<br>Lewisville, TX 75067<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 17-Sep-2018 | 23-Sep-2018 | 28-Sep-2018 | 22.64 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,567.82 | 45,301.73 |
| Pretax Deductions | 173.50 | 9,622.32 |
| Employee Tax Deductions | 308.61 | 7,836.75 |
| Voluntary Deductions | 45.76 | 1,974.10 |
| Net Payment | 1,039.95 | 25,868.56 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay | 0.00 | 1,066.88 |
| Overtime | 220.74 | 3,402.30 |
| Personal Time Non FLSA | 0.00 | 176.16 |
| Regular Pay | 1,347.08 | 38,698.79 |
| Vacation Pay | 0.00 | 1,957.60 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 59.50 | 22.64 | 1.00 | 1,347.08 |
| Overtime | | | 19.50 | 22.64 | 0.50 | 220.74 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 48.00 |
| ODC Hours Worked | 59.50 | 0.00 |
| Overtime Hours Worked | 19.50 | 305.25 |
| Personal Time Non FLSA Hours Worked | 0.00 | 8.00 |
| Regular Pay Hours Worked | 59.50 | 1,739.75 |
| Vacation Pay Hours Worked | 0.00 | 88.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Medical | 187.92 | 7,329.12 |
| Retirement Savings Plan 401k | 0.00 | 2,610.55 |
| Wellness Plan | -14.42 | -317.35 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 133.34 | 3,010.42 |
| Social Security Employee Withheld | 86.45 | 2,373.98 |
| Medicare Employee Withheld | 20.21 | 555.20 |

The Genuine. The Original.






# Payslip





| | | |
|---|---|---|
| SIT Withheld (PA) | 42.81 | 1,175.51 |
| SUI Employee Withheld (PA) | 1.10 | 31.71 |
| City Withheld (PA,Tioga,Liberty) | 6.97 | 191.44 |
| Head Tax Withheld (PA,Lycoming,Williamsport) | 1.00 | 39.00 |
| School Withheld (PA,Southern Tioga SD) | 16.73 | 459.49 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Basic STD | 3.80 | 145.66 |
| Child Life | 0.00 | 13.68 |
| Optional LTD | 7.23 | 276.62 |
| Retirement Savings Plan Loan 10 | 25.73 | 977.74 |
| Retirement Savings Plan Loan 9 | 0.00 | 236.40 |
| Spouse Life | 3.00 | 108.00 |
| Supp Life | 6.00 | 216.00 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 52365563 | WEST BRANCH VALLEY FCU | 231380133-WEST BRANCH VALLEY FCU | XXXX8663 | USD | 1,039.95 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | 0.00 |
| PA | | 0 | 0.00 |

**The Genuine. The Original.**



# Payslip



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Lyle Deitrick | 769410 | ODC Weekly |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 769410 | E769410 | US Hourly |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 16-Jul-2008 | ASDH: Manufacturing Group Leader - Production, Direct | Overhead Door Corporation |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 4485 Williamson Trl<br>Liberty, PA 16930<br>US | | 2501 S State Hwy 121 Business<br>Suite 200<br>Lewisville, TX 75067<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Weekly | 10-Sep-2018 | 16-Sep-2018 | 21-Sep-2018 | 22.64 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,177.28 | 43,733.91 |
| Pretax Deductions | 173.50 | 9,448.82 |
| Employee Tax Deductions | 212.97 | 7,528.14 |
| Voluntary Deductions | 45.76 | 1,928.34 |
| Net Payment | 745.05 | 24,828.61 |

**Earnings**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay | 0.00 | 1,066.88 |
| Overtime | 90.56 | 3,181.56 |
| Personal Time Non FLSA | 0.00 | 176.16 |
| Regular Pay | 1,086.72 | 37,351.71 |
| Vacation Pay | 0.00 | 1,957.60 |

| Description | Start Date | End Date | Hours | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 48.00 | 22.64 | 1.00 | 1,086.72 |
| Overtime | | | 8.00 | 22.64 | 0.50 | 90.56 |

**Hours**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Pay Hours Worked | 0.00 | 48.00 |
| ODC Hours Worked | 48.00 | 0.00 |
| Overtime Hours Worked | 8.00 | 285.75 |
| Personal Time Non FLSA Hours Worked | 0.00 | 8.00 |
| Regular Pay Hours Worked | 48.00 | 1,680.25 |
| Vacation Pay Hours Worked | 0.00 | 88.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Medical | 187.92 | 7,141.20 |
| Retirement Savings Plan 401k | 0.00 | 2,610.55 |
| Wellness Plan | -14.42 | -302.93 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 86.47 | 2,877.08 |
| Social Security Employee Withheld | 62.23 | 2,287.53 |
| Medicare Employee Withheld | 14.56 | 534.99 |

The Genuine. The Original.




# Payslip



| | | |
|---|---|---|
| SIT Withheld (PA) | **30.82** | **1,132.70** |
| SUI Employee Withheld (PA) | **0.82** | **30.61** |
| City Withheld (PA,Tioga,Liberty) | **5.02** | **184.47** |
| Head Tax Withheld (PA,Lycoming,Williamsport) | **1.00** | **38.00** |
| School Withheld (PA,Southern Tioga SD) | **12.05** | **442.76** |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Basic STD | **3.80** | **141.86** |
| Child Life | **0.00** | **13.68** |
| Optional LTD | **7.23** | **269.39** |
| Retirement Savings Plan Loan 10 | **25.73** | **952.01** |
| Retirement Savings Plan Loan 9 | **0.00** | **236.40** |
| Spouse Life | **3.00** | **105.00** |
| Supp Life | **6.00** | **210.00** |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 52109084 | WEST BRANCH VALLEY FCU | 231380133- WEST BRANCH VALLEY FCU | XXXX8663 | USD | **745.05** |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| FEDERAL | Married | 0 | **0.00** |
| PA | | 0 | **0.00** |