UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LYLE DEITRICK<br>　　　　Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　　　Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| LYLE DEITRICK<br>　　　　Respondent(s) | :<br>: CASE NO.　4-18-bk-04447 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this　28th　day of March, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 30, 2018 be withdrawn, as all issues have been resolved.

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　(717) 566-6097

CERTIFICATE OF SERVICE

　　　　AND NOW, this　28th　day of March, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul McElrath, Jr., Esquire
1641 Saw Mill Run Blvd.
Pittsburgh, PA　15210

　　　　　　　　　　　　　　　　　/s/Deborah A. Behney
　　　　　　　　　　　　　　　　　Office of Charles J. DeHart, III
　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee