# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    LYLE DEITRICK                               CHAPTER 13

      Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
      Movant                                     CASE NO:   4-18-04447-MJC

LYLE DEITRICK

      Respondent(s)

## **CERTIFICATION OF DEFAULT**

      AND NOW on January 9, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

   - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of January 9, 2023, the Debtor(s) is/are $7,028.00 in arrears with a plan payment having last been made on Oct 07, 2022

      In accordance with said stipulation, the case may be dismissed

                                                         Respectfully Submitted,
                                                         /s/ Agatha R. McHale, Esquire
                                                         ID: 47613
                                                         Attorney for Movant
                                                         Jack N. Zaharopoulos
                                                         Standing Chapter 13 Trustee
Dated: January 9, 2023                           8125 Adams Drive, Suite A
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097
                                                         email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LYLE DEITRICK

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 4-18-04447-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 9, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL W McELRATH, JR, ESQUIRE<br>McELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH, PA 15210- | SERVED ELECTRONICALLY |
| LYLE DEITRICK<br>4485 WILLIAMSON TRAIL<br>LIBERTY, PA 16930 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com