In re:  
Lyle Deitrick  
    Debtor

Case No. 18-04447-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 17, 2023      Form ID: pdf010      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lyle Deitrick, 4485 Williamson Trail, Liberty, PA 16930-9092 |
| 5121871 | + | Citifinancial, Po Box 6757, Sioux Falls, SD 57117-6757 |
| 5145932 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 5121874 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 5121875 | + | Grplndg, 112 Paradise Drive, Red Rock, OK 74651-2202 |
| 5134170 | + | Laurel Health, 7 Water Street, Wellsboro, PA 16901-1126 |
| 5121880 | + | Northwest Consumer Dis, 440 River Ave, Williamsport, PA 17701-3723 |
| 5121881 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 5134177 | + | Susquehanna Health, 699 Rural Ave # 306, Williamsport, PA 17701-3250 |
| 5121884 | + | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2023 19:31:16 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5121868 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2023 19:19:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5144426 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2023 19:31:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5121870 | | Email/Text: resourcerecoverybk@chemungcanal.com | Jan 17 2023 19:19:00 | Chemung Canal Trust Co, Chemung Canal Plza, Elmira, NY 14902 |
| 5121869 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 17 2023 19:31:16 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 5124073 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2023 19:31:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5138857 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2023 19:31:13 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5121872 | + | Email/Text: resourcerecovery@cnbankpa.com | Jan 17 2023 19:19:00 | Citizens & Northern Ba, 428 S Main St, Athens, PA 18810-1618 |
| 5121873 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 17 2023 19:19:00 | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 5143747 | | Email/Text: G06041@att.com | Jan 17 2023 19:19:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5121876 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 17 2023 19:19:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5121878 | | ^ MEBN | Jan 17 2023 19:16:00 | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5121877 | + | Email/Text: BKRMailOPS@weltman.com | Jan 17 2023 19:19:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 5121879 | + | Email/Text: Bankruptcies@nragroup.com | Jan 17 2023 19:19:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5320478 | | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2023 19:19:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320479 | | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2023 19:19:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5121882 | + | Email/PDF: cbp@onemainfinancial.com | Jan 17 2023 19:31:16 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 5134175 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2023 19:19:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5122587 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 17 2023 19:31:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5125830 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 17 2023 19:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5144425 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2023 19:31:14 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5134176 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 17 2023 19:19:00 | Progressive Insurance, 6300 Wilson Mills Rd, Mayfield Village, OH 44143-2182 |
| 5121883 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 17 2023 19:31:13 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5134180 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 17 2023 19:31:16 | U.S. Department of Housing and Urba, 451 7th Street S.W., Washington, DC 20410-0001 |
| 5125013 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 17 2023 19:31:16 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5134159 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 5134161 | *P++ | CHEMUNG CANAL TRUST COMPANY, ATTN RESOURCE RECOVERY, PO BOX 1522, ELMIRA NY 14902-1522, address filed with court:, Chemung Canal Trust Co, Chemung Canal Plza, Elmira, NY 14902 |
| 5134160 | *+ | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 5134162 | *+ | Citifinancial, Po Box 6757, Sioux Falls, SD 57117-6757 |
| 5134163 | *+ | Citizens & Northern Ba, 428 S Main St, Athens, PA 18810-1618 |
| 5134164 | *+ | Credit Coll, 725 Canton St, Norwood, MA 02062-2679 |
| 5134165 | *+ | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 5134166 | *+ | Grplndg, 112 Paradise Drive, Red Rock, OK 74651-2202 |
| 5134167 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 5134169 | *+ | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5134168 | *+ | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 5134171 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5134172 | *+ | Northwest Consumer Dis, 440 River Ave, Williamsport, PA 17701-3723 |

| | | |
|---|---|---|
| 5134173 | *+ | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 5134174 | *+ | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 5134178 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 5134179 | *+ | Tiaa Bank, 301 West Bay Street, Jacksonville, FL 32202-5147 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2023 at the address(es) listed below:

**Name**  **Email Address**

Charles G. Wohlrab
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

Laura Egerman
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com

Paul W McElrath, Jr.
on behalf of Debtor 1 Lyle Deitrick ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| LYLE DEITRICK | | |
|---|---|---|
| | Chapter: | 13 |
| Debtor 1 | Case No.: | 4:18-bk-04447-MJC |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.          Movant(s)

LYLE DEITRICK

               Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 53, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 15, 2023